UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG SANDRIDGE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>YANNA TECHNOLOGIES, LLC, et al.,<br><br>　　　　Defendants. | Case No. 20-cv-08632-NC<br><br>**ORDER RE BANKRUPTCY STAY**<br><br>Re: Dkt. No. 22 |

It appearing from the Suggestion of Bankruptcy and Notice of Stay filed on May 6, 2021, that defendants Yaana Technologies and Rajesh Puri, have filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall close this file for administrative purposes.

**IT IS FURTHER ORDERED** that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: May 7, 2021

　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge