UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG SANDRIDGE,<br><br>        Plaintiff,<br><br>    v.<br><br>YANNA TECHNOLOGIES, LLC, et al.,<br><br>        Defendants. | Case No. 20-cv-08632-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: Dkt. No. 77 |

    The Court has been informed that the parties to the action have agreed to a settlement. *See* Dkt. No. 77.

    IT IS ORDERED that this matter is DISMISSED WITH PREJUDICE and any hearings scheduled in this matter are VACATED. It is further ordered that if any party certifies to this court, with proper notice to opposing counsel within ninety (90) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings. **IT IS SO ORDERED**.

Dated: February 21, 2023



WILLIAM H. ORRICK
United States District Judge