UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGG SANDRIDGE,<br><br>Plaintiff,<br><br>v.<br><br>YANNA TECHNOLOGIES, LLC, et al.,<br><br>Defendants. | Case No. 20-cv-08632-WHO<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT AND RETENTION OF JURISDICTION**<br><br>Re: Dkt. No. 83 |

The parties to the action, by and through their counsel, have advised the court that they have entered into a Settlement Agreement dated March 13, 2023 ("the Agreement"), to resolve this matter. Dkt. No. 83. The Agreement includes terms and conditions that the parties expect to be completed on or before February 28, 2025. *Id*.

The parties request that I retain jurisdiction over this matter pending the completion of the Agreement's terms and conditions. *See id*. I will retain jurisdiction to enforce the Agreement. Because the matter is resolved and with nothing more before the court at this time, I will dismiss the matter and close this case. However, any party may request to reopen it for the sole purpose of filing a motion to enforce the Agreement. That request will be granted and the motion heard.

**IT IS SO ORDERED**.

Dated: March 29, 2023

WILLIAM H. ORRICK
United States District Judge